JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14 cv 935 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Kathleen J. Harms, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Kathleen J. Harms, in the principal amount of $14,819.50 plus interest accrued to November 21, 2013, in the sum of $26,796.89; with interest accruing thereafter at the daily rate of $3.57 until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**41,616.39**.

DATED: 2/18/14

By: TERRY NAFISI
Clerk of the Court

_[signature]_
Deputy Clerk
United States District Court

Page 5